IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>        Plaintiff,<br><br>v.<br><br>LARA FISHER,<br><br>        Defendant. | Civil Action No. 8:11-cv-02245-DKC |

**STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDCE**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), Plaintiff AT&T Mobility LLC and Defendant Lara Fisher, by and through their respective counsel, stipulate to the voluntary dismissal without prejudice of Plaintiff's claims and Defendant's counterclaims.

**IT IS SO STIPULATED.**

DATED:   January 4, 2012

AGREED BY:

| **BURSOR & FISHER P.A.** | **MAYER BROWN LLP** |
|---|---|
| By: /s/ Scott A. Bursor<br>    Scott A. Bursor (*pro hac vice*) | By: /s/ Andrew A. Nicely<br>    Andrew A. Nicely (Bar No. 14727) |
| 369 Lexington Avenue, 10th Floor<br>New York, NY 10017<br>Telephone: (212) 989-9113<br>Facsimile: (212) 989-9163<br>Email: scott@bursor.com | 1999 K Street NW<br>Washington, DC 20006<br>Telephone: (202) 263-3000<br>Facsimile: (202) 263-3300<br>Email: anicely@mayerbrown.com |
| James E. Rubin (Bar No. 15605)<br>THE RUBIN EMPLOYMENT LAW FIRM, PC<br>11 North Washington Street, Suite 520<br>Rockville, MD 20850<br>Telephone: (301) 760-7914<br>Facsimile: (301) 838-0322 | Andrew J. Pincus (*pro hac vice*)<br>Evan M. Tager (*pro hac vice*)<br>Archis A. Parasharami (*pro hac vice*)<br>Kevin Ranlett (*pro hac vice*)<br>MAYER BROWN LLP<br>1999 K Street N.W. |

Email: jrubin@rubinemploymentlaw.com

*Attorneys for Defendant Lara Fisher*

Washington, D.C. 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
Email:  apincus@mayerbrown.com
            etager@mayerbrown.com
            aparasharami@mayerbrown.com

*Attorneys for Plaintiff AT&T Mobility LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically by means of the Court's CM/ECF electronic filing system on January 4, 2012, on all counsel registered to participate in that system. I further certify that all parties who must be served have counsel who are registered to participate in the Court's CM/ECF system

                                    By: /s/ Andrew A. Nicely
                                        Andrew A. Nicely (Bar No. 14727)
                                        Mayer Brown LLP
                                        1999 K Street N.W.
                                        Washington, D.C. 20006
                                        Telephone: (202) 263-3000
                                        Facsimile: (202) 263-3300
                                        Email: anicely@mayerbrown.com